UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21289-COOKE/GOODMAN

ALFRED POLLACK,

    Plaintiff

vs.

ANDREW M. SAUL, *Commissioner of Social Security*,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

    THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 22. The R&R concerns the parties' motions for summary judgement, ECF Nos. 17; 18, Defendant's unopposed motion to withdraw their motion for summary judgement, ECF No. 20, and Defendant's unopposed motion to remand, ECF No. 21.

    In his R&R, Judge Goodman recommends that I allow the withdrawal of Defendant's summary judgement motion, substitute the summary judgement motion with Defendant's motion to remand, grant Defendant's motion to remand, and enter a judgement of remand of the cause to the Commissioner of Social Security for further proceedings. ECF No. 22 at 2. The parties have not filed objections to the R&R, and the time to do so has passed.

    I have reviewed parties' motions, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

    Accordingly, Judge Goodman's R&R, ECF No. 22, is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that:

    1. The Court will **GRANT** Defendant's motion to withdraw, **WITHDRAW** Defendant's motion for summary judgement and **SUBSTITUTE** Defendant's

motion for summary judgement with the motion to remand.

2. The Court will **GRANT** the motion to remand and **REMAND** this action to the Commissioner of Social Security for further proceedings.

In addition, the Court will **DENY** *without prejudice* Plaintiff's motion for summary judgement, ECF No. 17. The Clerk shall **ADMINISTRATIVELY CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of May 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*