### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-21289-COOKE/GOODMAN

ALFRED POLLACK,

       Plaintiff

vs.

ANDREW M. SAUL, *Commissioner of Social Security*,

       Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

THIS MATTER is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge, ECF No. 25. The R&R concerns the Plaintiff's unopposed motion for attorney's fees, ECF No. 24.

In his R&R, Judge Goodman recommends that I grant Plaintiff's motions for attorney's fees and award Plaintiff $5,137.07 in attorneys' fees, contingent on a determination by Defendant that Plaintiff owes no qualifying preexisting debt(s) to the government. The parties have not filed objections, and the time to do so has passed.

I have reviewed parties' motions, the briefing and accompanying exhibits, Judge Goodman's R&R, the record, and the relevant legal authorities. Having done so, I find Judge Goodman's R&R to be clear, cogent, and compelling.

Accordingly, Judge Goodman's R&R, ECF No. 25, is **AFFIRMED and ADOPTED** as the Order of this Court. It is hereby **ORDERED and ADJUDGED** that:

1. The Court will **GRANT** Plaintiff's motion for attorneys' fees, ECF No. 24.

2. Plaintiff is awarded $5,137.07 in attorney's fees, contingent on a determination by Defendant that Plaintiff owes no qualifying preexisting debt(s) to the government.

3. The Court will **DENY without prejudice** any outstanding motions.

**DONE and ORDERED** in chambers, at Miami, Florida, this 8th day of November 2021.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*